**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-7152**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ROBERTO SANCHEZ-ROQUE,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:12-cr-00152-REP-2)

───────────

Submitted:  December 28, 2016      Decided:  January 10, 2017

───────────

Before GREGORY, Chief Judge, and WILKINSON and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Roberto Sanchez-Roque, Appellant Pro Se.  Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Sanchez-Roque appeals the district court's order denying his 18 U.S.C. § 3582(C)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Sanchez-Roque</u>, No. 3:12-cr-00152-REP-2 (E.D. Va. Aug. 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>